# Jump Legal

Attorneys At Law

www.jumplegal.com

614-487-2314 fax

Dignity Discretion Experience

,                                                                                                            Date: 5/01/2015

Regarding: Braden, Timothy
Invoice No:  00000

**Services Rendered**

| Date | Staff | Description | Hours |
|---|---|---|---|
| 3/18/2015 | KB | Telephone Conference with Tim (re job loss. moving forward, Motion to Suspend) | 0.50 |
| 3/27/2015 | KB | Claims review; Draft Motion to Suspend; Draft Motion to Modify (re length); Email both to clients to review/sign | 2.25 |
| 4/01/2015 | KB | Receive and review signed Motion from client; Prepare final Motions | 0.30 |
| 4/27/2015 | KB | Draft Order on Motion to Suspend Payments | 0.30 |
| 4/27/2015 | KB | Draft Order on Motion to Modify Plan | 0.25 |
| 5/01/2015 | KB | Receive and review signed Order on Motion to Modify | 0.10 |
| 5/01/2015 | KB | Receive and review signed Order on Motion to Suspend; Email clients update | 0.20 |

Total Fees     $877.50

**Expenses**

| Start Date | Description | Charges |
|---|---|---|
| 4/15/2015 | Photocopies and postage to mail Motion to Modify and Motion to Suspend | $67.76 |

Total Expenses     $67.76

Total New Charges     $945.26

**Staff Summary**

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Katy Brewer | Attorney | 3.90 | $225.00 | $877.50 |